CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 0 2 2005
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| WAYTEC ELECTRONICS CORPORATION, | CIVIL ACTION NO. 6:05-CV-00024 |
| *Plaintiff,* | |
| v. | |
| ROHM AND HAAS ELECTRONIC MATERIALS, LLC; <br> NORTHERN LAMINATE SALES, INC., D/B/A NLS TECHNOLOGIES, | ORDER |
| *Defendants.* | |
| | JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Objection to Joint Notice of Removal, filed July 27, 2005 (Document #16), Motion to Remand, filed July 27, 2005 (Document # 17), and Renewed Motion to Remand, filed July 29, 2005 (Document #20). For the reasons stated below, the Court DENIES Plaintiff's Motion to Remand. Accordingly, Plaintiff's Objection to Joint Notice of Removal, Motion to Remand, and Renewed Motion to Remand are hereby DISMISSED.

It is so ORDERED. The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: *Norm E Moon*
U.S. District Judge
9-2-05
Date