IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| WAYTEC ELECTRONICS CORPORATION | ) | Civil Action No. 6:05CV00024 |
| Plaintiffs, | ) | |
| v. | ) | |
| ROHM AND HAAS ELECTRONIC | ) | **FINAL ORDER** |
| MATERIALS, LLC, | ) | |
| | ) | By: Samuel G. Wilson |
| and | ) | United States District Judge |
| | ) | |
| NORTHERN LAMINATE SALES, INC., | ) | |
| d/b/a NLS TECHNOLOGIES | ) | |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for judgment as a matter of law is **GRANTED**.

This matter is **STRICKEN** from the active docket of the court.

**ENTER**: This October 25, 2006.

UNITED STATES DISTRICT JUDGE